**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-1242**

———————————

BENEDICTA I. ABODE,

Petitioner,

versus

JOHN ASHCROFT, United States Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals (A75-376-812)

———————————

Submitted: August 28, 2003          Decided: March 25, 2004

———————————

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Benedicta I. Abode, Petitioner Pro Se.  Robert D. McCallum, Jr.,
Assistant Attorney General, Terri J. Scadron, Assistant Director,
Robbin K. Blaya, OFFICE OF IMMIGRATION LITIGATION, Washington,
D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benedicta I. Abode, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the immigration judge's order denying her applications for asylum and withholding of removal.

The decision to grant or deny asylum relief is conclusive "unless manifestly contrary to the law and an abuse of discretion." 8 U.S.C. § 1252(b)(4)(D) (2000). We conclude that the record supports the immigration judge's conclusion that Abode failed to establish her eligibility for asylum. See 8 C.F.R. § 1208.13(a) (2003); Gonahasa v. INS, 181 F.3d 538, 541 (4th Cir. 1999). As the decision in this case is not manifestly contrary to law, we cannot grant the relief that Abode seeks.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED